# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> JP MORGAN CHASE BANK, N.A., <br><br> Defendants. | Case No. 1:21-cv-00850-AWI-SAB <br><br> ORDER REQUIRING DEFENDANT TO FILE RESPONSIVE PLEADING <br><br> SEVEN DAY DEADLINE |

On April 21. 2021, Wells Fargo Bank, N.A. ("Plaintiff") filed this action in the Fresno County Superior Court against JP Morgan Chase Bank, N.A. ("Defendant"). (ECF No. 1 at 16-30.) Service of the summons and complaint was completed on April 26, 2021. (ECF No. 1-1 at 2-3.) On May 26, 2021, Defendant removed the action to the Eastern District of California. (ECF No. 1.)

Pursuant to the Federal Rules of Civil Procedure, "[a] defendant who did not answer before removal must answer or present other defenses or objections under these rules within the longest of these periods: (A) 21 days after receiving--through service or otherwise--a copy of the initial pleading stating the claim for relief; (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or (C) 7 days after the notice of removal is filed." Fed. R. Civ. P. 81(c)(2)."

///

1

Defendant's notice of removal does not include an answer filed in the state court. Accordingly, IT IS HEREBY ORDERED that Defendant shall file a responsive pleading within **seven (7) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: __**May 27, 2021**__

_____
UNITED STATES MAGISTRATE JUDGE