# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No. 1:21-cv-00850-AWI-SAB |
| Plaintiff, | ORDER GRANTING STIPULATED REQUEST TO CONTINUE SCHEDULING CONFERENCE |
| v. | |
| JP MORGAN CHASE BANK, N.A., | (ECF Nos. 2, 6) |
| Defendant. | |

This action was removed to this Court on May 26, 2021, and an initial scheduling conference was set for July 29, 2021. (ECF Nos. 1, 2.) On June 3, 2021, Defendant filed an answer. (ECF No. 4.) On July 12, 2021, the parties filed a request to continue to the scheduling conference for a period of ninety (90) days to allow for the continuation of productive settlement discussions. (ECF No. 6.) The parties proffer that as part of the settlement efforts, Defendant's counsel has requested Defendant to complete a Broker Price Opinion that will require time to schedule and complete. (Id. at 2.) The Court finds good cause to continue the scheduling conference to allow for the parties to continue settlement discussions.

///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for July 29, 2021, is CONTINUED to **October 28, 2021, at 10:00 a.m.** in Courtroom 9; and

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**July 13, 2021**__

_____
UNITED STATES MAGISTRATE JUDGE

2