# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No. 1:21-cv-00850-AWI-SAB |
| Plaintiff, | ORDER CONTINUING SCHEDULING CONFERENCE |
| v. | (ECF Nos. 7, 8) |
| JP MORGAN CHASE BANK, N.A., et al., | |
| Defendants. | |

On July 13, 2021, the Court issued an order continuing the scheduling conference to October 28, 2021. (ECF No. 7.) On October 21, 2021, the parties filed a status report in which they request to continue the currently set scheduling conference to late January or early February 2022. The parties seek this additional time in order to complete their ongoing and protracted settlement negotiations, which involves a third party who is represented by counsel. (ECF No. 8.) The Court finds good cause exists to grant the parties' request and shall continue the scheduling conference.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for October 28, 2021, is CONTINUED to **February 3, 2022, at 10:00 a.m.** in Courtroom 9; and

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **October 21, 2021**

UNITED STATES MAGISTRATE JUDGE

2