# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| WELLS FARGO BANK, N.A., | Case No. 1: 21-cv-00850-SAB |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER |
| v. | |
| JPMORGAN CHASE BANK, N.A., | (ECF Nos. 15, 16) |
| Defendant. | |

On February 7, 2022, a scheduling order issued. (ECF No. 15.) On March 10, 2022, the parties filed a stipulated request to extend the initial disclosure deadline due to promising settlement negotiations. (ECF No. 16.) The Courts finds good cause to grant the request.

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the deadline to exchange initial disclosures is extended until April 11, 2022. All other dates and aspects of the scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: __March 10, 2022__

UNITED STATES MAGISTRATE JUDGE

1