# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No.  1: 21-cv-00850-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 15, 16) |

On February 7, 2022, a scheduling order issued, setting dates including: a nonexpert discovery deadline of September 9, 2022; a dispositive motion deadline of January 13, 2023; a pretrial conference for March 31, 2023; and a trial date of May 16, 2023.  (ECF No. 15.)  On July 12, 2022, the parties filed a stipulated motion requesting the discovery deadlines be extended by a period of approximately sixty days, and the dispositive motion filing deadline be extended by thirty days.  (ECF No. 20.)

The parties proffer that they are engaged in serious settlement discussions, that are delayed due to the need to address settlement terms with a third-party borrower on a loan modification.  (Id. at 2.)  Wells Fargo delayed serving written discovery on the basis that settlement was close.  The Court finds good cause to grant the stipulated extension.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the stipulated motion is GRANTED, and the scheduling order is modified as follows:

1. Nonexpert Discovery Deadline: November 9, 2022;
2. Expert Disclosure Deadline: November 30, 2022;
3. Supplemental Expert Disclosure Deadline: December 21, 2022
4. Expert Discovery Deadline: February 9, 2023;
5. Dispositive Motion Filing Deadline: February 13, 2023;

All other dates and aspects of the scheduling order shall remain in effect.[1]

IT IS SO ORDERED.

Dated: **July 13, 2022**

UNITED STATES MAGISTRATE JUDGE

---

[1] However, the parties are notified that given the proximity between the proposed dispositive motion filing deadline and the current pretrial conference date, if a dispositive motion is filed near such deadline, the Court will likely need to hold an informal conference and discuss continuing the pretrial conference and trial dates. The Court shall keep the current pretrial conference date and trial date as set in the hopes of maintaining the present pace of this litigation and to not disrupt the Court's calendar in relation to other parties and litigation.